**Electronically Filed
Supreme Court
SCWC-19-0000470
25-NOV-2024
01:20 PM
Dkt. 11 OGAC**

SCWC-19-0000470

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MOLOAA FARMS LLC, a Hawaiʻi limited liability company,
Respondent/Plaintiff/Appellant,

vs.

GREEN ENERGY TEAM LLC, a Hawaiʻi limited liability company,
Petitioner/Defendant/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000470; CASE NO. 5CC141000188)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant/Appellee Green Energy Team LLC's Application for Writ of Certiorari, filed on September 27, 2024, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case, subject to further order of the court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, November 25, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

